United States District Court
Southern District of Texas
**ENTERED**
May 09, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LISA GAYLE BUTLER and DAVID A. HOLLAND, Individually and as Personal Representatives of the ESTATE OF MATY GAYLE HOLLAND, Deceased, | § § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. H-18-0898 |
| v. | § § | |
| JUNO THERAPEUTICS, INC., | § § | |
| Defendant. | § | |

## RECUSAL ORDER

1. I stand **RECUSED** in this case.

2. Court settings are **VACATED**.

   **SIGNED** at Houston, Texas, on this 9th day of May, 2018.

   _____
   SIM LAKE
   UNITED STATES DISTRICT JUDGE