United States District Court
Southern District of Texas
**ENTERED**
May 21, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Lisa Gayle Butler, et al. | § | |
| | § | |
| *versus* | § | Civil Action 4:18–cv–00898 |
| | § | |
| Juno Therapeutics, Inc. | § | |

## Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on May 21, 2018, at Houston, Texas.

_____
Gray H. Miller
United States District Judge