IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LISA GAYLE BUTLER and DAVID A. HOLLAND, Individually and as Personal Representatives of the ESTATE OF MATY GAYLE HOLLAND, DECEASED, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-18-898 |
| JUNO THERAPEUTICS, INC. | § § § | |
| Defendant. | § | |

## ORDER DENYING MOTION TO DISMISS

Lisa Gayle Butler and David A. Holland, the plaintiffs, filed their complaint on March 22, 2018. (Docket Entry No. 1). Juno Therapeutics, Inc., the defendant, moved to dismiss, and the plaintiffs responded. (Docket Entry Nos. 16, 27). At the initial conference, the court heard argument on Juno's motion to dismiss. (Docket Entry No. 35). The court granted the plaintiffs leave to file an amended complaint no later than October 1 and the defendant until October 22 to file an amended or supplemented motion to dismiss. (*Id.*). On October 1, the plaintiffs filed an amended complaint, mooting the defendant's original motion to dismiss. (Docket Entry No. 40).

The defendant's motion to dismiss, (Docket Entry No. 16), is denied as moot.

SIGNED on October 3, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge