IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LISA GAYLE BUTLER and DAVID A. HOLLAND, Individually and as Personal Representatives of the ESTATE OF MATY GAYLE HOLLAND, Deceased,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JUNO THERAPEUTICS, INC.,<br><br>    *Defendant*. | Case No. 4:18-cv-00898 |

## DEFENDANT JUNO THERAPEUTICS, INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order for Conference and Disclosure of Interested Parties [Dkt. 3], Defendant Juno Therapeutics, Inc. submits this amended corporate disclosure statement and certifies the following:

1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

Juno Therapeutics, Inc. is a wholly owned subsidiary of Celgene Corporation. Celgene Corporation is publicly held.

Celgene Corporation is a wholly owned subsidiary of Bristol-Myers Squibb Company. Bristol-Myers Squibb Company has no parent corporation, and there is no publicly-held corporation that owns 10% or more of its stock.

2. Below is a complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

Plaintiff Lisa Gayle Butler, Individually and as Personal Representative of the Estate of Maty Gayle Holland

Plaintiff David A. Holland, Individually and as Personal Representative of the Estate of Maty Gayle Holland

The Estate of Maty Gayle Holland

Counsel for Plaintiffs: W. Mark Lanier and Christopher L. Gadoury, THE LANIER LAW FIRM, P.C.; Randall B. Richards, THE LAW OFFICE OF RANDY RICHARDS

Defendant Juno Therapeutics, Inc., a wholly-owned subsidiary of Celgene Corporation, a wholly owned subsidiary of Bristol-Myers Squibb Company.

Counsel for Defendant Juno Therapeutics, Inc., a wholly-owned subsidiary of Celgene Corporation, a wholly-owned subsidiary of Bristol-Myers Squibb Company: José A. Isasi II, Kristina K. Cercone, J. Laurens Wilkes, Christopher H. Domingo, and Steven N. Geise, JONES DAY

Dated: December 12, 2019            Respectfully submitted,

*/s/ J. Laurens Wilkes*
J. Laurens Wilkes
Texas State Bar No. 24053548
S.D. Texas No. 737955
jlwilkes@jonesday.com
JONES DAY
717 Texas Street, Suite 3300
Houston, Texas 77002-2712
Telephone: (832) 239-3939
Facsimile: (832) 239-3600

ATTORNEY FOR DEFENDANT
JUNO THERAPEUTICS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December 2019, pursuant to the Federal Rules, the foregoing was served through the Court's CM/ECF System, which will send a notice of electronic filing to all counsel of record.

                                                */s/ J. Laurens Wilkes*
                                                J. Laurens Wilkes