IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LISA GAYLE BUTLER and DAVID A. HOLLAND, Individually and as Personal Representatives of the ESTATE OF MATY GAYLE HOLLAND, Deceased,<br><br>　　Plaintiffs,<br><br>v.<br><br>JUNO THERAPEUTICS, INC.,<br><br>　　Defendant. | §§§§§§§§§§§§§§ No. 4:18-cv-898 |

**[PROPOSED] ORDER**

Having considered Defendant's Unopposed Motion to File its Motion to Strike Portions of Plaintiffs' Statement of Material Facts ("Motion to Strike") and Accompanying Appendix Under Seal, with redacted publicly-available versions of the Motion to Strike and accompanying appendix, IT IS HEREBY ORDERED that Defendant's motion is GRANTED.

It is so ORDERED.

SIGNED this _____ day of _____, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE LEE H. ROSENTHAL
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE