United States District Court
Southern District of Texas
**ENTERED**
May 27, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LISA GAYLE BUTLER and DAVID A. HOLLAND, individually and as personal representatives of the ESTATE OF MATY GAYLE HOLLAND, DECEASED, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-18-898 |
| JUNO THERAPEUTICS, INC., | § § § § | |
| Defendant. | § | |

## ORDER

Juno Therapeutics, Inc.'s motion for leave to file under seal its motion to strike portions of the plaintiffs' statement of material facts, (Docket Entry No. 132), is granted. Juno's motion to strike, (Docket Entry No. 133), is sealed.

SIGNED on May 27, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge