Case 4:18-cv-00898   Document 136   Filed on 05/27/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 27, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LISA GAYLE BUTLER and DAVID A. HOLLAND, individually and as personal representatives of the ESTATE OF MATY GAYLE HOLLAND, DECEASED, § § § § § | |
| Plaintiffs, § | |
| v. § | CIVIL ACTION NO. H-18-898 |
| JUNO THERAPEUTICS, INC., § § § § | |
| Defendant. § | |

# FINAL JUDGMENT

The motion for summary judgment filed by Juno Therapeutics, Inc., (Docket Entry No. 100), is granted. The claims asserted against Juno by Lisa Butler and David Holland, individually and as representatives of Maty Holland's estate, are dismissed, with prejudice.

The parties will pay their own costs of court.

This is a final judgment.

SIGNED on May 27, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge